IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:13-CR-014 |
| | ) | |
| WAYNE POTTER | ) | |

## **O R D E R**

The defendant's November 5, 2013 sentencing hearing, presently scheduled for 10:00 a.m., is **RESET** to **9:45 a.m.** on that same day. This change is to the time only.

The defendant's sentencing hearing remains set for **November 5, 2013,** in Greeneville.

ENTER:

s/ Leon Jordan
United States District Judge